■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE MARRERO, Appellant. — Judgment, Supreme Court, Bronx County (Joseph Cohen, J.), rendered on March 12, 1982, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Ross, J. P., Asch, Bloom, Fein and Milonas, JJ.